# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**SHERRY VINCENT**                                                                     **PLAINTIFF**

**VERSUS**                                                            **CIVIL ACTION NO. 4:05CV233**

**COMMUNITY BANK, INDIANOLA,**
**MISSISSIPPI**                                                           **DEFENDANT**

## ORDER

This cause is before the Court on the plaintiff's Motion to Reconsider Transfer of Case to Bankruptcy Court [12]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted for the reasons articulated in the plaintiff's motion. It is further noted that the defendant filed no response to the instant motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion to Reconsider Transfer of Case to Bankruptcy Court [12] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that this Court's March 30, 2006 Order should be, and hereby is, VACATED. IT IS FURTHER ORDERED that this case be REINSTATED to the active docket.

SO ORDERED, this the 7th day of June, 2006.

                                                                 /s/ W. Allen Pepper, Jr.
                                                                 W. ALLEN PEPPER, JR.
                                                                 UNITED STATES DISTRICT JUDGE